Philip Cozens SBN# 854051
LAW OFFICE OF PHILIP COZENS
1007 Seventh Street, Suite 500
Sacramento, CA  95814
Telephone:  (916) 443-1504
Fax:  (916) 443-1511
Email:  pcozens@aol.com

Attorney for Defendant NAZAR NADZHARYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>NAZAR NADZHARYAN,<br><br>          Defendant | Case No.: 2:00-CR-00483 MCE-2<br><br>REQUEST FOR RETURN OF PASSPORT AND ORDER |

IT IS HEREBY REQUESTED that Defendant's passport be released and returned to him. Judgment has been imposed and defendant has completed his sentence and supervised release.

Dated: June 1, 2009                                    /s/ Philip Cozens

                                                                    PHILIP COZENS
                                                                    Attorney for Defendant
                                                                    NAZAR NADZHARYAN

//
//
//
//
//

REQUEST AND ORDER - NADZHARYAN - 1

**ORDER**

**IT IS HEREBY ORDERED:**

That the defendant's passport be released by the court.

Further, the passport should be returned to the Defendant's attorney, Philip Cozens.

DATED: June 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE